No. 819. FRANKLINVILLE REALTY Co. *v.* ARNOLD CONSTRUCTION Co. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. T. J. Blackwell* for petitioner. *Messrs. Bert Winters* and *Paul W. Potter* for respondent.

No. 832. IN THE MATTER OF JAMES AUSTIN ELLISON. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William A. Gray* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 835. UNITED SHIPYARDS, INC. *v.* HOEY, EXECUTRIX. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John F. Condon, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 838. BLOUNT ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. April 19, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Louis H. Breuer* for petitioners. *Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Ernest A. Gross* and *Miss Ruth Weyand* for respondent.

No. 758. BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION *v.* NATIONAL LABOR RELATIONS BOARD.